AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-cr-20311 |
| Gerardo GARCIA-HERNANDEZ ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/29/20

w/ permission
_____
Defendant's signature

_____
Signature of defendant's attorney

Todd Shanker
Printed name of defendant's attorney

s/David R. Grand
_____
Judge's signature
David R. Grand, U.S. Magistrate Judge
_____
Judge's printed name and title