| | AUSA: | Barrington Wilkins | Telephone: | (313) 226-9621 |
|---|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Officer: | Hector Rivera | Telephone: | (313) 394-5458 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Gerardo GARCIA-HERNANDEZ
Alias: Gerardo HERNANDEZ-GARCIA
Ricardo HERNANDEZ-GARCIA

Case No. Case: 2:20-mj-30230
Assigned To : Unassigned
Assign. Date : 7/9/2020
Description: CMP USA v. GARCIA
-HERNANDEZ (SO)

FILED
CLERK'S OFFICE
AUG 27 2020
U.S DISTRICT COURT
EASTERN MICHIGAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gerardo GARCIA-HERNANDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about July 07, 2020, in the Eastern District of Michigan, Southern Division, Gerardo GARCIA-HERNANDEZ, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about March 15, 2015, at or near Hidalgo, TX and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Date: July 9, 2020

*Issuing officer's signature*

City and state: Detroit, Michigan

R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/15/2020, and the person was arrested on *(date)* 7/15/2020
at *(city and state)* Detroit, MI.

Date: 7/15/2020

*Arresting officer's signature*

Hector Rivera, Deportation Officer
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*